

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00380-CV

Floyd **LEEDER** II and Kimberly Leeder,
Appellants

v.

**WELLS FARGO BANK N.A.** as Trustee and Barclays Capital Real Estate, Inc. d/b/a HomEq
Servicing,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 09-364
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees Wells Fargo Bank N.A. as Trustee and Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing recover their costs of this appeal from appellants Floyd Leeder II and Kimberly Leeder.

SIGNED April 30, 2014.

_____
Marialyn Barnard, Justice